# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| North, Michael B. | U.S. District Court, Louisiana Eastern District | 04/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court, Louisiana Eastern District
500 Poydras Street, Room C-151
New Orleans, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | 610 Stompers, Inc. |
| 2. | Board Member/President | Leukemia & Lymphoma Society of Louisiana and Mississippi |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| North, Michael B. | 04/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 05/03/2014 | Churchill Downs - Louisiana Horseracing Company - Gambling Winnings | $855.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Providence Community Housing - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA Mastercard | Credit Card | J |
| 2. | Chase Visa | Credit Card | K |
| 3. | Great Lakes | Student Loans | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| North, Michael B. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Money Market | A | Interest | K | T | | | | | |
| 2. VCSP CollegeAmerica 529A - Investment Co. of America | A | Int./Div. | J | T | | | | | |
| 3. CollegeBound Fund 529A - Moderate Growth Fund | A | Int./Div. | | | Distributed (part) | 07/25/14 | J | A | |
| 4. | | | | | Closed | 11/20/14 | J | A | |
| 5. Fidelity Investment - Preis & Roy Profit Sharing | A | Int./Div. | | | Distributed | 05/21/14 | J | A | |
| 6. NM Wealth Mgt - Terri IRA - American Balanced Fund | A | Int./Div. | | | Sold | 09/29/14 | J | A | |
| 7. NM Wealth Mgt - Terri IRA - American High Income Trust | A | Int./Div. | | | Sold | 09/29/14 | J | A | |
| 8. NM Wealth Mgt - Terri IRA - Bond Fund of America | A | Int./Div. | | | Sold | 09/29/14 | J | A | |
| 9. NM Wealth Mgt - Terri IRA - Europacific Growth Fund | A | Int./Div. | | | Sold | 09/29/14 | J | A | |
| 10. NM Wealth Mgt - Terri IRA - MFS Total Return Fund | A | Int./Div. | | | Sold | 09/29/14 | J | A | |
| 11. NM Wealth Mgt - Terri IRA - New Perspective Fund | A | Int./Div. | | | Sold | 09/29/14 | J | A | |
| 12. NM Wealth Mgt - Terri IRA - Small Cap World Fund | A | Int./Div. | | | Sold | 09/29/14 | J | A | |
| 13. NM Wealth Mgt - Michael IRA - Bond Fund of America | A | Int./Div. | | | Sold | 09/29/14 | K | A | |
| 14. NM Wealth Mgt - Michael IRA - Europacific Growth Fund | A | Int./Div. | | | Sold | 09/29/14 | K | B | |
| 15. NM Whole Life Policy - Michael | A | Dividend | J | T | | | | | |
| 16. NM Whole Life Policy - Terri | A | Dividend | J | T | | | | | |
| 17. Russell Global Equity Fund - Michael | A | Dividend | J | T | Buy | 09/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| North, Michael B. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Russell US Large Cap Equity Fund - Michael | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 19. Russell US Mid Cap Equity Fund - Michael | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 20. Russell Emerging Markets Fund - Michael | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 21. Russell Global Real Estate Securities - Michael | A | Int./Div. | J | T | Buy | 09/29/14 | J | | |
| 22. Russell Global Opportunistic - Michael | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 23. Russell Global Infrastructure Fund - Michael | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 24. Russell Common Strategies Fund - Michael | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 25. Russell Strategic Bond Fund - Michael | A | Int./Div. | J | T | Buy | 09/29/14 | J | | |
| 26. Russell International Developed Markets - Michael | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 27. Russell US Small Cap Equity Fund - Michael | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 28. Russell Global Equity Fund - Terri | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 29. Russell US Large Cap Equity Fund - Terri | A | Dividend | K | T | Buy | 09/29/14 | K | | |
| 30. Russell US Mid Cap Equity Fund - Terri | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 31. Russell Emerging Markets Fund - Terri | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 32. Russell Global Real Estate Securities - Terri | A | Int./Div. | J | T | Buy | 09/29/14 | J | | |
| 33. Russell Global Opportunistic - Terri | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 34. Russell Global Infrastructure Fund - Terri | A | Dividend | J | T | Buy | 09/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| North, Michael B. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Russell Common Strategies Fund - Terri | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 36. Russell Strategic Bond Fund - Terri | A | Int./Div. | K | T | Buy | 09/29/14 | K | | |
| 37. Russell International Developed Markets - Terri | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 38. Russell US Small Cap Equity Fund - Terri | A | Dividend | J | T | Buy | 09/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| North, Michael B. | 04/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael B. North**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544